UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

JOSE M. MEJIA,

    Plaintiff,

v.

COMPREHENSIVE HEALTH SERVICES, INC.

    Defendant.
_____/

## NOTICE OF REMOVAL

    Defendant, COMPREHENSIVE HEALTH SERVICES, INC., hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, with the United States District Court for the Southern District of Florida, Miami Division, and as the basis for the removal of this action states the following:

    1.    Plaintiff, Jose M. Mejia, ("Plaintiff") commenced this action on or about October 11, 2018, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County Florida, Case No. 2018-034657- CA-01 (hereinafter referred to as the "Circuit Court Action").

    2.    Defendant, COMPREHENSIVE HEALTH SERVICES, INC., was served on October 25, 2018 with the Summons and Complaint in the Circuit Court Action.

    3.    This Notice of Removal has been filed within thirty (30) days after such service of process on Defendant as required by 28 U.S.C. § 1446(b).

    4.    No further proceedings have occurred in this action, and the Civil Cover Sheet, the Summonses, the Complaint, and the Returns of Service constitute the only process, pleadings or

papers served in this action. Copies of these documents along with a copy of the docket sheet are attached hereto as Composite Exhibit A pursuant to 28 U.S.C. § 1446(a).

5. Removal pursuant to 28 U.S.C. §§ 1441 and 1446 is proper in this case. Plaintiff's Complaint asserts two claims (Count IV alleging wage and hour federal statutory violation and Count V alleging retaliation) under a federal statute, the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (the "FLSA"), thereby conferring upon this Court original jurisdiction pursuant to 28 U.S.C. § 1331.

6. The remaining three claims in the complaint all arise out of the payment of wages to Plaintiff during his employment (Count I breach of contract; Count II quantum meruit; and Count III unjust enrichment). Such claims can be considered by this Court pursuant to its supplemental jurisdiction under 28 U.S.C. § 1367. Federal court jurisdiction is proper over these claims because these claims are "so related to claims in the action within [this Court's] original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367(a); see also Scheirich v. Town of Hillsboro Beach, Case No. 07-61630-CIV, 2008 U.S. Dist. LEXIS 4090, *6 (S.D. Fla. Jan. 18, 2008) (exercising original jurisdiction over Title VII retaliation claim and supplemental jurisdiction over whistleblower retaliation claim). Accordingly, this Court has supplemental jurisdiction over Plaintiff's claims for breach of contract, quantum meruit, and unjust enrichment pursuant to 28 U.S.C. § 1367(a) and removal of all claims therefore is proper. Further, Plaintiff's state law claims do not involve novel or complex state law issues, and the state law claims do not substantially predominate over the federal law claims. *See* 28 U.S.C. § 1367(c).

7. Upon the filing of this Notice of Removal, Defendant will give written notice thereof to attorneys for Plaintiff, and a copy of this Notice will be promptly filed with the Clerk of

the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required under 28 U.S.C. § 1446(d). See Exhibit B.

8. The filing of this Notice of Removal does not constitute a waiver of any defenses which may be available to Defendant.

9. This Notice of Removal is executed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, Defendant, COMPREHENSIVE HEALTH SERVICES, INC., respectfully requests that the Court take jurisdiction of this action and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 14th day of November, 2018.

/s/ Elizabeth M. Rodriguez
Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
erodriguez@fordharrison.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Elizabeth M. Rodriguez

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq.
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
nl@rgpattorneys.com
Carlos D. Serrano, Esq.
cs@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile:  305-416-5005
 (via CM/ECF)

WSACTIVELLP:10170763.1