IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2018-034657-CA-01

JOSE M. MEJIA,

    Plaintiff,

v.

COMPREHENSIVE HEALTH SERVICES, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant, COMPREHENSIVE HEALTH SERVICES, INC., has filed a Notice of Removal of Case No. 2018-034657-CA-01 pending before this Court, in the office of the Clerk of the United States District Court for the Southern District of Florida, a copy of which is attached as Exhibit A, removing this Case to federal court.

PLEASE FURTHER TAKE NOTICE that pursuant to 28 U.S.C. § 1446(d), this Court may not proceed further with this case because the removal to federal court was effective upon the filing of the Notice of Removal together with this Notice. This Court must close this Case.

Respectfully submitted this 14th day of November, 2018.

    By: /s/ Elizabeth M. Rodriguez
    Elizabeth M. Rodriguez
    Florida Bar No. 821690
    erodriguez@fordharrison.com
    FordHarrison
    One S.E. 3rd Avenue, Suite 2130
    Miami, Florida 33131
    Telephone: (305) 808-2143
    Facsimile: (305) 808-2101
    Attorney for Defendant

**EXHIBIT "B"**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via electronic mail on this 14th day of November, 2018.

/s/Elizabeth M. Rodriguez

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq.
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
nl@rgpattorneys.com
Carlos D. Serrano, Esq.
cs@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile:  305-416-5005