UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24750- RNS

JOSE M. MEJIA,

      Plaintiff,

vs.

COMPREHENSIVE HEALTH SERVICES, INC,
a Florida Corporation

      Defendant.
_____/

## STATEMENT OF CLAIM

Plaintiff, JOSE M. MEJIA, ("Plaintiff"), respectfully submits this Statement of Claim as follows:

a. <u>Total amount of alleged unpaid wages</u>:

    $692.48 liquidated[1]

b. <u>Calculation of such wages</u>:

    1. <u>Overtime</u>: Plaintiff worked for Defendant as a non-exempt employee from March 1, 2018 through on or about August 31, 2018. During his employment with Defendant, Plaintiff was not being compensated at all for some of the overtime hours he worked. Specifically, during the weeks of May 26, 2018 – June 1, 2018, June 9, 2015 through June 15, 2018, August 18, 2018 through August 24, 2018 and the week of August 25, 2018 through August 31, 2018 Defendant failed to compensate Plaintiff for the hours worked over 40. The employer's decision to not pay overtime was intentional, and

---

[1] The damage calculations contained herein pertain only to Counts IV of Plaintiff's Complaint. Plaintiff seeks additional damages for Breach of Contract and FLSA Retaliation.

therefore, the Plaintiff is eligible to recover unpaid wages for three years prior to the filing of the complaint. Plaintiff was compensated at $14.17 per hour. As such, Plaintiff is owed a minimum of approximately $346.24 (1.5 x $14.17 x 16.29 hrs ).

| OVERTIME WAGE RATE | APPROX. UNPAID OVERTIME HOURS WORKED | TOTAL OVERTIME WAGES OWED |
|---|---|---|
| $14.17 | 16.29 HOURS | $346.24 |

Plaintiff reserves the right, however, to adjust and amend this initial calculation as discovery proceeds as it may be discovered that Plaintiff is owed more or less than those amounts calculated.

c. <u>Nature of wages</u>:

This amount represents liquidated overtime. However, Plaintiff also has a claim for FLSA retaliation and breach of contract.

**WHEREFORE**, based on the foregoing, the Plaintiff files this Statement of Claim.

Dated: December 11, 2018

Respectfully submitted,

/s/ *Nathaly Lewis*
Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No. 118315
nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nathaly Lewis
NATHALY LEWIS, Esq.

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No. 118315
nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff*


Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison
One S.E. 3rd Avenue,
Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101 erodriguez@fordharrison.com

Attorney for Defendant

*Served via transmission of Notices of
Electronic Filing generated by CM/ECF*